# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 22, 2015

## NO. 03-14-00805-CV

**Devvy Kidd, Appellant**

**v.**

**Carlos Cascos, Texas Secretary of State, Appellee**

**APPEAL FROM THE 53RD DISTRICT COURT OF TRAVIS COUNTY**
**BEFORE JUSTICES PURYEAR, GOODWIN, AND BOURLAND**
**AFFIRMED -- OPINION BY JUSTICE GOODWIN**

This is an appeal from the judgment signed by the trial court on December 4, 2014. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment. Therefore, the Court affirms the trial court's judgment. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.